UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELIJAH PAYAN,

                Plaintiff,

- against -

ENTERTAINMENT ONE U.S. LP,

                Defendant.

**ORDER**

19 Civ. 8020 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      It is hereby ORDERED that the conference previously scheduled for December 5, 2019 at 10:15 a.m. will now take place on **December 12, 2019 at 11:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       December 2, 2019

                                SO ORDERED.

                                Paul G. Gardephe
                                United States District Judge