UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELIJAH PAYAN,

                Plaintiff,

- against -

ENTERTAINMENT ONE U.S. LP,

                Defendant.

**ORDER**

19 Civ. 8020 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The parties will engage in settlement discussions for the next thirty days. On or before **January 17, 2020**, the parties will submit a joint letter concerning the status of settlement negotiations. If the parties have not settled by that time, this Court will enter the parties' proposed case management plan. During this 30 day period, discovery is stayed.

Dated: New York, New York
       December 18, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge